*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  October 2, 2014            D-55-14
_____


In the Matter of ATTORNEYS IN
    VIOLATION OF JUDICIARY LAW
    § 468-a.

COMMITTEE ON PROFESSIONAL                    MEMORANDUM AND ORDER
    STANDARDS,                                   ON MOTION
                        Petitioner;

SI-CHANG RYU,
                        Respondent.

(Attorney Registration No. 2280337)
_____


Calendar Date:   September 29, 2014

Before:  Peters, P.J., Lahtinen, Stein, McCarthy and Garry, JJ.

                        _____

        Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

        Si-Chang Ryu, Seoul, South Korea, respondent pro se.

                        _____


Per Curiam.

        Respondent, who was admitted to practice by this Court in
1989, was suspended by this Court's order dated September 24,
2009 for failure to comply with the attorney registration
requirements of Judiciary Law § 468-a (65 AD3d 1447 [2009]).

        Respondent now requests reinstatement on the ground that he
has complied with the attorney registration requirements of
Judiciary Law § 468-a and the Rules of the Chief Administrator of
the Courts (see 22 NYCRR part 118).  Petitioner does not object

to respondent's application.

Respondent's application is granted and he is ordered reinstated, effective immediately.

Peters, P.J., Lahtinen, Stein, McCarthy and Garry, JJ., concur.


ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.


ENTER:

Robert D. Mayberger
Clerk of the Court